IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CASE NO. 3:05CR277 |
| | ) | (Financial Litigation Unit) |
| DAVID A. SCHULZ, | ) | |
| Defendant. | ) | |

DISMISSAL OF APPLICATION FOR WRIT OF EXECUTION

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Application for Writ of Garnishment as to Telco Credit Union filed in this case on August 8, 2008, against the defendant David A. Schulz is DISMISSED.

Signed: September 5, 2008

David C. Keesler
United States Magistrate Judge